JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORY MOLINA, | ) | Case No. EDCV 10-0360-DTB |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: September 23, 2011

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE